IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JASON D. RESER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4559

Opinion filed November 17, 2016.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Jeffrey E. Lewis, Criminal Conflict & Civil Regional Counsel, Region One, and Melissa J. Ford, Assistant Regional Conflict Counsel, Tallahassee, for Appellant; Jason D. Reser, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.